UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS D. OVERSTREET,<br><br>  Defendant. | Case No. 1:11-cr-00207-BLW<br><br>**REPORT AND RECOMMENDATION** |

On August 24, 2012, Defendant Thomas D. Overstreet appeared before the undersigned United States Magistrate Judge to enter a change of plea. The Defendant executed a written waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Superceding Indictment (Dkt. 30), the maximum penalties applicable, his constitutional rights, and the impact that the Sentencing Guidelines will have as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court hereby RECOMMENDS that the District Court accept Defendant Thomas D. Overstreet's plea of guilty to Counts One, Five, and Six of the Superceding Indictment (Dkt. 30), and that a pre-sentence report be ordered.



DATED: **August 24, 2012**.

Honorable Larry M. Boyle
United States Magistrate Judge